UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATINA BROWN | CIVIL ACTION |
| versus | NO. 14-1346 |
| JAMES ROGERS | SECTION: "C" (3) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections of the petitioner to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Catina Brown** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17 day of October, 2014.

UNITED STATES DISTRICT JUDGE